UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PALM HILLS PROPERTIES, L.L.C.,
ET AL

VERSUS

CIVIL ACTION

NO. 07-668-C

CONTINENTAL INSURANCE COMPANY

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated June 23, 2008. Plaintiff has filed an objection and Defendant has filed a response, which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the partial motion to dismiss filed by defendant, Continental Insurance Company is granted, dismissing the plaintiffs' claims under Policy No. 169933912 for loss of rental income under EMPLOYEE DISHONESTY COVERAGE FORM (Coverage Form A-Blanket), and for all losses resulting directly from computer fraud under COMPUTER FRAUD COVERAGE FORM (Coverage Form F)

Baton Rouge, Louisiana, July 22, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA